AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONALD WHITMIRE,

      Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER:  **3:11-CV-00502-ECR-VPC**

GARY GRAHAM, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  that the complaint is **DISMISSED WITH PREJUDICE**, in its entirely, for failure to state a claim.

  August 31, 2011                                 **LANCE S. WILSON**
                                                      Clerk

                                                   /s/ D. R. Morgan
                                                    Deputy Clerk