UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD WHITMIRE, | ) | |
| | ) | Appeal No. 11-17194 |
| Plaintiff, | ) | |
| | ) | 3:11-cv–00502-ECR-VPC |
| vs. | ) | |
| | ) | **ORDER** |
| GARY GRAHAM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is a closed prisoner civil rights action brought pursuant to 42 U.S.C. § 1983. On August 30, 2011, this Court dismissed this action for failure to state a claim for which relief may be granted. (ECF No. 3). Judgment was entered the next day. (ECF No. 4). Plaintiff filed a notice of appeal on September 13, 2011. (ECF No. 5). The United States Court of Appeals for the Ninth Circuit assigned the appeal number 11-17194. (ECF No. 7).

On September 20, 2011, the Ninth Circuit Court of Appeals referred this matter to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. On careful review, this Court certifies that any *in forma pauperis* appeal from its order is taken "in good faith." *See* 28 U.S.C. § 1915(a)(3)

1   **IT IS THEREFORE ORDERED** that this Court **CERTIFIES** that the *in forma pauperis*
2   appeal from its order dated August 30, 2011 is taken "in good faith," and as such, *in forma pauperis*
3   status should continue for the appeal.
4   **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** this order to the
5   United States Court of Appeals for the Ninth Circuit.
6   Dated this 21st day of September, 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE