1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

12 RONALD WHITMIRE,    )

    )    Appeal No. 11-17194

13     Plaintiff,    )

    )    3:11-cv–00502-ECR-VPC

14 vs.    )

    )    **ORDER**

15 GARY GRAHAM, *et al.*,    )

    )

16     Defendants.    )

_____/

17

18     This is a closed prisoner civil rights action brought pursuant to 42 U.S.C. § 1983.  On August

19 30, 2011, this Court dismissed this action for failure to state a claim for which relief may be granted.

20 (ECF No. 3).  Judgment was entered the next day.  (ECF No. 4).  Plaintiff filed a notice of appeal on

21 September 13, 2011.  (ECF No. 5).  The United States Court of Appeals for the Ninth Circuit

22 assigned the appeal number 11-17194.  (ECF No. 7).

23     On September 20, 2011, the Ninth Circuit Court of Appeals referred this matter to this Court

24 for the limited purpose of determining whether *in forma pauperis* status should continue for the

25 appeal or whether the appeal is frivolous or taken in bad faith.  On careful review, this Court certifies

26 that any *in forma pauperis* appeal from its order is taken "in good faith."  *See* 28 U.S.C. § 1915(a)(3)

**IT IS THEREFORE ORDERED** that this Court **CERTIFIES** that the *in forma pauperis* appeal from its order dated August 30, 2011 is taken "in good faith," and as such, *in forma pauperis* status should continue for the appeal.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** this order to the United States Court of Appeals for the Ninth Circuit.

Dated this 21st day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE