UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RONALD WHITMIRE,    )<br>          )<br>     Plaintiff,  )<br>          )<br>  v.      )<br>          )<br> GARY GRAHAM; et al,  )<br>          )<br>     Defendants.  )<br> _____ ) | 3:11-cv-00502-LRH-VPC<br><br>O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#37[1]) entered on November 21, 2013, recommending granting Defendant's Motion to Dismiss (#28) filed on July 9, 2013, and denying Plaintiff's Motion for Default Judgment (#32) filed on July 24, 2013. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#37) entered on November 21, 2013, should be adopted and accepted.

---

[1]Refers to court's docket number.

1     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#37)
2 entered on November 21, 2013, is adopted and accepted, and Defendant's Motion to Dismiss (#28) is
3 GRANTED.
4     IT IS FURTHER ORDERED that defendant NDOC is DISMISSED from this action with
5 prejudice.
6     IT IS FURTHER ORDERED that Plaintiff's Motion for Default Judgment (#32) is DENIED.
7     IT IS SO ORDERED.
8     DATED this 21st day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE