UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD WHITMIRE, | ) | 3:11-CV-0502-LRH-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MINUTES OF THE COURT** |
| v. | ) | |
| | ) | |
| GARY GRAHAM, et al., | ) | July 15, 2014 |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion for copies (#54) is **GRANTED in part** and **DENIED in part.**  It is not the court's obligation to provide litigants, even indigent ones, with copy services. However, in this limited circumstance, the Clerk shall to **SEND** to plaintiff copies of the court's orders #s 44, 46, 52 & 53.  Plaintiff may contact the Clerk to order copies of any other documents at his own expense.

    **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                            By:        /s/
                                                 Deputy Clerk